Perfect 10 Inc v. Charlo Barbosa et al ORIGINAL Doc. 6

SEND

SCANNED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.: CV 04-2583-DSF(PLAx) DATE: July 2, 2004

Title: PERFECT 10, INC. -v- CHARLO BARBOSA, et al.,

PRESIDING: HONORABLE DALE S. FISCHER, U.S. DISTRICT JUDGE

| | |
|---|---|
| Paul Pierson<br>Deputy Clerk | None present<br>Court Reporter |

| PLAINTIFF COUNSEL PRESENT: | DEFENDANT COUNSEL PRESENT: |
|---|---|
| NONE PRESENT | NONE PRESENT |

PROCEEDINGS: (IN CHAMBERS) **ORDER SETTING SCHEDULING CONFERENCE**

This matter is set for a scheduling conference on **Monday, September 27th, 2004 at 11:00 a.m.** The scheduling conference will be held pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and this Court's Standing Order. Counsel are reminded of their obligation to meet personally pursuant to Rule 26(f) of the Federal Rules of Civil procedure and to prepare a "Joint Rule 26(f) Report" which is to be filed no later than ten days before the date of the scheduling conference. The Joint Rule 26(f) Report must contain all the information listed in paragraph 4 of this Court's Standing Order previously served on the parties. The Standing Order can also be found on the Court's website at www.cacd.uscourt.gov>Judges' Procedures and Schedules>Hon. Dale S. Fischer. The meeting is to occur no later than 21 days before the Joint Rule 26(f) Report is due. Failure to comply may lead to the imposition of sanctions.

Scheduling conferences ordinarily will not be continued except for good cause shown by a declaration by counsel or a party.

Judge Fischer's courtroom is located at 255 E. Temple Street, Courtroom 840, Roybal Federal Building, Los Angeles, California.

**IT IS SO ORDERED.**

MINUTES FORM 11(a)
CIVIL GENERAL

CLERK'S INITIALS: ___

DOCKETED ON CM
JUL - 6 2004
BY ___ 072

6

Dockets.Justia.com