Perfect 10 Inc v. Charlo Barbosa et al

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Doc. 1

**CIVIL MINUTES - GENERAL**

ORIGINAL

**SEND**

SCANNED

Case No. CV 04-2583-DSF(PLAx) Date 8/23/04

Title PERFECT 10, INC. v. CHARLO BARBOSA, et al.

Present: The Honorable DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| PAUL PIERSON | LISA GONZALEZ |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| RANDALL LEWIS<br>JEFFREY MAUSNER | JAY SPILLANE |

**Proceedings:** HEARING RE DEFENDANT'S MOTION TO DISMISS (filed 7/22/04)

The case is called and counsel state their appearances. The Court advises counsel of its tentative ruling; invites counsel to present their oral arguments; takes the matter under submission; and indicates that an order will follow.

DOCKETED ON CM
AUG 26 2004
BY 072

18



Dockets.Justia.co