Perfect 10 Inc v. Charlo Barbosa et al

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Doc. 21

**CIVIL MINUTES - GENERAL**

**SCAN ONLY**

SCANNED

Case No. CV 04-2583-DSF(PLAx) Date September 27, 2004

Title PERFECT 10, INC. v. CHARLO BARBOSA, et al.

Present: The Honorable DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| PAUL PIERSON | JOHN TURMAN |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| DANIEL COOPER | JAY SPILLANE |

**Proceedings:** SCHEDULING CONFERENCE

The case is called and counsel state their appearances. Defense counsel advises the Court that a settlement has been tentatively reached and in the event that his client declines the offer, the Court sets the case management dates pursuant to the Joint Rule 26(f) Report (see Order re Jury Trial for specific dates and times).

DOCKETED ON CM
SEP 29 2004
BY 008

21



Dockets.Justia.com