Perfect 10 Inc v. Charlo Barbosa et al Doc. 23

DANIEL J. COOPER (State Bar No. 198460)
72 Beverly Park Dr.
Beverly Hills, California 90210
Telephone: (310) 205-9817
Facsimile: (310) 205-9638

JEFFREY N. MAUSNER (State Bar No. 122385)
BERMAN, MAUSNER & RESSER
11601 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1742
Telephone: (310) 473-3333
Facsimile: (310) 473-8303

Attorneys for Plaintiff PERFECT 10, INC.

Priority ✓
Send ✓
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
DEC 27 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2004 DEC 22 AM 9:59
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES
BY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHARLO BARBOSA,<br><br>Defendant. | Case No. CV 04-2583 DSF (PLAx)<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE AGAINST DEFENDANT CHARLO BARBOSA<br><br>[Fed. R. Civ. P. 41(a)]<br><br>[No Hearing Date Required] |

DOCKETED ON CM
DEC 28 2004
BY 007

23

Dockets.Justia.com

Plaintiff Perfect 10, Inc. ("Perfect 10") and Defendant Charlo Barbosa, by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. Perfect 10 and Charlo Barbosa have entered into an agreement to settle this action ("Settlement Agreement"). Under the terms of the Settlement Agreement, the parties have agreed, among other things, that plaintiff Perfect 10 will dismiss, with prejudice, all claims against defendant Charlo Barbosa. These parties have also agreed that each shall bear its own costs and attorneys' fees.

2. Accordingly, the Complaint and all claims in this action between Perfect 10 and Charlo Barbosa shall be dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees.

3. Charlo Barbosa submits to the jurisdiction of this Court only for the purpose of enforcing the terms of the Settlement Agreement. This Court shall have and retain continuing jurisdiction over this action and over Perfect 10 and Charlo Barbosa, to enforce the terms of the Settlement Agreement between the parties, including by motion or by *ex parte* application, as appropriate.

DATED: December 21, 2004

BERMAN, MAUSNER & RESSER,
A Law Corporation

By: Jeffrey N. Mausner
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

FOX & SPILLANE

DATED: December 20, 2004

By: Ruth Moore
Ruth M. Moore
Attorneys for Defendant Charlo Barbosa

# ORDER

Based on the foregoing stipulation, and good cause appearing therefore, IT IS ORDERED that:

1. All claims in this action between plaintiff and defendant Charlo Barbosa shall be dismissed, with prejudice, with each of the settling parties to bear its own costs and attorneys' fees.

2. Charlo Barbosa being the only named defendant in this action, the entire action is hereby dismissed.

3. This Court shall have and retain continuing jurisdiction over this action and the parties to enforce the terms of the Settlement Agreement, including by motion or by *ex parte* application, as appropriate.

Dated: 12-22-04

[signature]

Hon. Dale S. Fischer
United States District Judge

SCANNED